**Order entered June 30, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00057-CV

## NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants

### V.

## ELISSA KATZ, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

### ORDER

Before the Court is appellants' unopposed June 28, 2021 motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 27, 2021.

/s/    CRAIG SMITH
JUSTICE